# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

RONALD BERRY, JR.,

    Plaintiff,

v.                                                                   CIVIL ACTION NO. 5:17-cv-02064

PRIME MEDICAL CARE and
SOUTHERN REGIONAL JAIL,

    Defendant.

## **ORDER**

Pending is Plaintiff's Application to Proceed without Prepayment of Fees or Costs [Doc. 1], filed March 3, 2017. This action was previously referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on September 25, 2019. Magistrate Judge Aboulhosn recommended the Court deny Plaintiff's Application, dismiss the Complaint, and remove this matter from the Court's docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) (emphasis added) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*."). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (parties may not typically "appeal a

magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on October 15, 2019. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 9]**, **DENIES** the Application to Proceed Without Prepayment of Fees or Costs **[Doc. 1]**, **DISMISSES** the Complaint **[Doc. 3]**, and **DISMISSES** the matter.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party herein.

ENTERED: November 22, 2019

Frank W. Volk
United States District Judge